UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUBA DACE, <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A., <br><br> Defendant. | Case No. 2:24-cv-00525-GMN-EJY <br><br> **ORDER** |

Pending before the Court is Defendant's Motion to Extend Time to File Responsive Pleading. ECF No. 5. No response was timely filed. Under Local Rul 7-2(d), the Court may treat the failure of the non-moving party to respond to a pending motion may be treated by the Court as consent to grant the motion.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Extend Time to File Responsive Pleading (ECF No. 5) is GRANTED.

IT IS FURTHER ORDERED that Defendant's responsive pleading to the Complaint is due **April 15, 2024**.

Dated this 4th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1